UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GSE CONSULTING, INC.,
a Washington corporation,

    Plaintiff,

vs.                                CASE NO.: 6:20-cv-1853-Orl-37DCI

L3HARRIS TECHNOLOGIES, INC.,
a Delaware corporation, formerly
known as HARRIS CORPORATION,

    Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**GSE CONSULTING, INC.;**

**Robert J. Stovash, Esquire, and the law firm of Stovash, Case & Tingley, P.A., counsel for Plaintiff, GSE CONSULTING, INC.; and**

**L3HARRIS TECHNOLOGIES, INC., formerly known as HARRIS CORPORATION.**

**Counsel for L3HARRIS TECHNOLOGIES, INC., is currently unknown.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors:

**None.**

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

**Plaintiff, GSE CONSULTING, INC.,**

5.) Check one of the following:

__x__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

-or-

____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

DATED this 15th day of October, 2020.

    STOVASH, CASE & TINGLEY, P.A.

    By: */s/ Robert J. Stovash*
    Robert J. Stovash, Esquire
    *Trial Counsel*
    Florida Bar No. 0769320
    Primary Email: rstovash@sctlaw.com
    Secondary Email: droman@sctlaw.com
    The VUE at Lake Eola
    220 North Rosalind Avenue
    Orlando, Florida 32801
    Telephone: (407) 316-0393
    Telecopier: (407) 316-8969
    *Attorneys for Plaintiff,*
    *GSE CONSULTING, INC.*