UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GSE CONSULTING, INC.

        Plaintiff,

v.                                                Case No. 6:20-cv-1853-Orl-37DCI

L3HHARRIS TECHNOLOGIES, INC.

        Defendant.

_____

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

**1.** **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:**

    a.    Plaintiff, GSE CONSULTING, INC.

    b.    Robert J. Stovash, Esq., Stovash, Case & Tingley, P.A., counsel for Plaintiff.

    c.    Defendant, L3HARRIS TECHNOLOGIES, INC.

    d.    James V. Etscorn, Esq.; William C. Bergmann, Esq.; Joshua R. Jacobson, Esq.; Baker & Hostetler, LLP, counsel for Defendant.

**2.** **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None known at this time.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known at this time.

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

None known at this time.

5. **Check one of the following:**

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or –

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:


Dated: November 11, 2020

Respectfully submitted,

*s/ Joshua R Jacobson*
James V. Etscorn
Florida Bar No.: 705111
William C. Bergmann
*Admitted Pro Hac Vice*
Joshua R. Jacobson
Florida Bar No.: 1002264
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL  32801-3432
Email: jetscorn@bakerlaw.com
wbergmann@bakerlaw.com
jjacobson@bakerlaw.com
psalemi@bakerlaw.com
pkenaley@bakerlaw.com
Telephone:   407.649.4000
Facsimile:    407.841.0168

*Attorneys for L3Harris Technologies, Inc.*

## CERTIFICATE OF SERVICE

   This is to certify that on November 11, 2020, I have caused a copy of the foregoing *Defendant's Certificate of Interested Persons and Corporate Disclosure Statement* to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Robert J. Stovash
Primary Email: rstovash@sctlaw.com
Secondary Email: droman@sctlaw.com
The VUE at Lake Eola
220 N. Rosalind Ave.
Orlando, FL 32801
Telephone: (407)316-0393
*Attorney for Plaintiff, GSE Consulting, Inc.*

                  s/ *Joshua R Jacobson*